IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMAN PUNIA                              :
                                        :
              Petitioner,               :    3:26-cv-1850
                                        :    (JUDGE MARIANI)
      v.                                :
                                        :
JOHN E. RIFE, Acting Field Office       :
Director, Philadelphia Field Office,    :
Immigration and Customs                 :
Enforcement, *et al.*,                  :
                                        :
              Respondents.              :

## ORDER

AND NOW, THIS ___15th___ DAY OF JULY 2026, upon consideration of Petitioner

Aman Punia's counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241

(Doc. 1), Respondents' response (Doc. 5), Petitioner's traverse (Doc. 6), and for the

reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT**:

1.  Petitioner's habeas petition is **GRANTED**.

2.  Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Aman Punia from the

    custody of the Warden of the Pike County Correctional Facility, who has immediate

    physical custody of Petitioner.

3.  Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

    declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Friday July 17,**

**2026, at 5:00 P.M.** confirming that Petitioner Aman Punia has been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Aman Punia pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge

2